IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

**FILED**
2014 MAY -2 AM 11: 35
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

DAVID R. PAYNE
_____
name of plaintiff(s)

v.

STATE OF TENNESSEE
TN. CONSOLIDATED RETIREMENT SYSTEM
TN. DEPT. OF TRANSPORTATION
name of defendant(s)

Case No. _____
(to be assigned by clerk)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   PREDJUST IN HIRING, DISCRIMINATION IN PROMOTION, PREDJUST IN PROMOTION, PREDJUST AGAINST A DISABLED VETERAN, MALACE WITH INTENT OF INJURY, INJURY, WRONGFULL HARM @ SEE EEOC COMPLANT / DEPT. OF LABOR COMPLANT

2. Plaintiff, DAVID R. PAYNE resides at
   228 BROWNS GAP RD. , CROSSVILLE ,
   street address                         city
   CUMBERLAND , TN , 38555 , 931-788-6374
   county        state  zip code  telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, STATE OF TN, DEPT of TRANSPORTATION lives at, or its business is located at Suite 700, James K. Polk Building
   street address

   NASHVILLE , DAVIDSON , TN ,
   city         county          state

   37243 .
   zip code

   (if more than one defendant, provide the same information for each defendant below)

   TN. CONSOLIDATED RETIREMENT SYSTEM
   10TH FLOOR ANDREW JACKSON BUILDING
   502 DEADERICK STREET
   NASHVILLE, TN. 37243-0201

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

   LONG TERM DISCRIMINATION FROM 1984 TO PRESENT TO INCLUDE INFLUENCING AT STATE COMMISION LEVELS AND OUTSIDE STATE MEANS. SEE EEOC COMPLAINT AND DEPT. OF LABOR COMPLAINT.

5. Prayers for Relief (list what you want the Court to do):

   a. DAMAGES / COURT COST

   b. MEDICAL / DENTAL

   c. SPECIAL MEDICAL

   d. ADJUST CAREER PROMOTIONS / RETIREMENT

   e. LUMP SUM / WITH PREDJUST.

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this 2ND day of MAY, 2014.

*David R. Pay* (signature)

(signature of plaintiff(s))

① JAY BRUCE SALZMAN

② BILL E. WHITTAKER

MONTERY, TN.

③ JOHN WAYNE ALLEN
441 E. BROAD ST., COOKEVILLE, TN.
38501

④ STATE of TENNESSEE
DEPT. of HUMAN SERVICES
DISABILITY DETERMINATION SERVICES
P.O. Box 265
NASHVILLE, TN. 37202-0265