UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

DAVID R. PAYNE )
)
Plaintiff, )
)
v. ) Case No. 2:14-cv-0047
)
) Judge Sharp
STATE OF TENNESSEE, et al. )
)
Defendants.

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on November 12, 2014.

KEITH THROCKMORTON, CLERK

s/   Hannah B. Blaney