## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 07, 2015

Mr. John Wayne Allen
Law Office
441 E. Broad Street
Suite I
Cookeville, TN 38501

Mr. David R. Payne
228 Browns Gap Road
Crossville, TN 38555

Ms. Lindsay Haynes Sisco
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202

Re: Case No. 14-6489, *David Payne v. TN, et al*
Originating Case No. : 2:14-cv-00047

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Linda M. Niesen
Case Manager
Direct Dial No. 513-564-7038

cc: Mr. Keith Throckmorton

Enclosure

No. 14-6489

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| DAVID R. PAYNE, ) | |
| ) | |
|     Plaintiff-Appellant, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| STATE OF TENNESSEE, et al., ) | |
| ) | |
|     Defendants-Appellees. ) | |

Before: BOGGS, SUHRHEINRICH, and SUTTON, Circuit Judges.

    David R. Payne, proceeding pro se, has filed a petition for rehearing of a Fed. R. App. P. 34(a)(2)(C) order approved by this court on August 31, 2015.

    Upon careful consideration, we conclude that we did not misapprehend or overlook any point of law or fact when issuing our prior order. *See* Fed. R. App. P. 40(a).

    Accordingly, we **DENY** the petition for rehearing.

                                ENTERED BY ORDER OF THE COURT

                                  Deborah S. Hunt, Clerk